# EXHIBIT A

# UNITED CONCORDIA®

# SPECIAL FAX BULLETIN

October 2020

## PPE DISCOUNT FOR UNITED CONCORDIA DENTISTS

Personal Protective Equipment (PPE) has become extremely important due to the COVID-19 pandemic to ensure the safety of our network dentists, their office staff, and our members. United Concordia was pleased to provide support to our valued dentists by allowing $10 per patient visit for dates of service from May 1, 2020 through September 30, 2020 to help cover the costs associated with purchasing masks, sterilization procedures, and other CDC requirements resulting from COVID-19. **As a friendly reminder, it's important to note that our network dentists' contracts prohibit billing United Concordia patients for PPE.**

**In an effort to find an alternative to assist your office with PPE, United Concordia recently collaborated with Prophy Magic* to offer our network dentists a 10% discount on all PPE products.**

Prophy Magic is a direct provider of superior products and services within the dental community. With over 20 years of industry experience, they specialize in disposable dental products, including infection control and PPE solutions.

Prophy Magic understands the importance of these products to dental practices and strives to provide significant value through affordable direct pricing, excellent customer service and expedient shipping. Their constant focus on quality has earned Prophy Magic's product catalog several awards for excellence, including the esteemed "CR Choice" award on their Prophy Angle line.

United Concordia is dedicated to providing our network dentists with unwavering support throughout the COVID-19 pandemic and beyond. We are pleased to have this opportunity to show our appreciation and thank you for your continued commitment to our members and their health and safety.

**To take advantage of this discount on PPE products, please visit** unitedconcordia.com/dental-insurance/dentist/discounts/, **or contact Prophy Magic directly by visiting** prophymagic.com **or calling 1-866-54-MAGIC (62442). Use Promo Code UCPPE at checkout.**

*Prophy Magic is not affiliated with United Concordia and is solely responsible for its own products and services.

NOTICE OF CONFIDENTIALITY: This message is intended for the use of the person or entity to which it is addressed and may contain information that is privileged or confidential, the disclosure of which is governed by applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this information is STRICTLY PROHIBITED. If you receive this message by error, please notify us immediately and destroy the related message.