# EXHIBIT B

# UNITED CONCORDIA

# SPECIAL FAX BULLETIN

March 2021

## CHAIRSIDE AMALGAM RECYCLING BUCKETS AVAILABLE FROM DRNA

As you know, it is important to recycle Evac-u-Traps and scrap amalgams properly. Dental Recycling North America (DRNA) makes this easy with their Chairside Amalgam Recycling buckets, which can be used to recycle amalgam capsules, Dispos-a-Traps, teeth with amalgams, scrap amalgams, REDACTED-u-Traps, etc.

The following are a few additional benefits of DRNA's Chairside Amalgam Recycling buckets.
- No contract
- On-demand pick-up and prepaid return shipping
- Three sizes available: 1.25 gallon, 2.5 gallon and 5 gallon
- Liquid control procedures to maximize safety
- Waste recycling at EPA-certified facility
- Complete audit trail for collected waste
- Compliance certification

For more than 20 years, DRNA has provided their affordable and efficient recycling solutions to a diverse roster of dental customers, including private practices, dental schools, DSO's, hospitals and other health institutions.

**United Concordia and DRNA are delighted to offer network dentists a 20% discount on DRNA products and services, including Chairside Amalgam Recycling buckets.**

To take advantage of this offer, contact David at 212-2REDACTED, emailREDACTED@drna.com or visit www.drna.com/contact.php.



*DRNA is not affiliated with United Concordia and is solely responsible for its own products and services.

NOTICE OF CONFIDENTIALITY: This message is intended for the use of the person or entity to which it is addressed and may contain information that is privileged or confidential, the disclosure of which is governed by applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this information is STRICTLY PROHIBITED. If you receive this message by error, please notify us immediately and destroy the related message.