UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Brian Lyngaas,

    Plaintiff,

v.

United Concordia Companies, Inc.,
and John Does,

    Defendants.
_____/

Case No. 21-11604

Hon. Jonathan J.C. Grey

## JUDGMENT

The above-entitled matter having come before the Court, the Honorable Jonathan J.C. Grey, United States District Judge, presiding, and in accordance with the Opinion and Order entered on this date;

**IT IS ORDERED AND ADJUDGED** that plaintiff's cause of action is **DISMISSED**.

Dated: August 29, 2024

**s/Jonathan J.C. Grey**
JONATHAN J.C. GREY
United States District Judge

Certificate of Service

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on August 29, 2024.

                        s/ S. Osorio
                        Sandra Osorio
                        Case Manager